IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 17-01204 |
| | ) | |
| Tissney Brown | ) | |
| Debtors | ) | Judge: Schmetterer |
| | ) | |
| | ) | |
| | ) | Chapter: 13 |

| | | |
|---|---|---|
| Tissney Brown | ) | |
| Plaintiffs, | ) | |
| | ) | No. 17-00241 |
| v. | ) | |
| | ) | |
| Ocwen Loan Servicing | ) | |
| Defendant | ) | |

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR ENTRY OF DEFAULT JUDGMENT**

This matter coming to the Court on Plaintiff's Motion for Default and Default Judgment, no answer having been filed to the complaint, the allegations contained therein are admitted as confessed pursuant to Fed. R. Civ. P. 8, which applies to bankruptcy proceedings through Fed. R. Bankr. P. 7008. "An allegation – other than one relating to the amount of damages – is admitted if a responsive pleading is required and the allegation is not denied." Fed. R. Civ. P. 8(b)(6). Further, in this case, Plaintiff is not seeking an entry of judgment for a specific amount of damages, which makes a prove-up for damages unnecessary. See Fed. R. Civ. P(8)(6).

1. The following findings of fact are based on (i) the confessed allegations in the Complaint, and (ii) the attached exhibits to the Complaint which contain a valuation of the Plaintiff's real property and the amount of the first mortgage lien that is secured against the Plaintiff's primary residence.

2. The Debtor owns a home, her primary residence, commonly known as 10104 S. State, Chicago, IL 60628.

3. The value of the Debtor's property is $96,116.00.

4. Nationstar Mortgage LLC holds a first mortgage lien that is secured against the Debtor's home, commonly known as 10104 S. State, Chicago, IL 60628.

5. Nationstar Mortgage LLC's first mortgage lien is for an amount equal to or in excess of $112,427.00.

6. The amount owed on Nationstar Mortgage LLC's first mortgage lien exceeds the value of the Debtor's primary residence, which is only $96,116.00.

## CONCLUSIONS OF LAW

7. Pursuant to 11 U.S.C. 506 (a) and 11 U.S.C. 506(d) Ocwen Loan Servicing LLC's Mortgage Lien is wholly unsecured and shall only be paid as a general unsecured claim.

8. Pursuant to 11 U.S.C. 506 (a) and 11 U.S.C. 506(d) upon entry of Debtor's discharge, Ocwen Loan Servicing's mortgage lien shall be stripped-off of the property and considered null and void.

The Court concludes that Ocwen Loan Servicing's mortgage lien is completely unsecured and shall be stripped-off of the Debtor's property upon discharge. The Court will enter a separate judgment order to that effect.

ENTER:

**31 MAY 2017**

_Janet S. Baer_

Hon. Jack B. Schmetterer

United States Bankruptcy Judge

Joseph Olstein
Olstein Law LLC
Attorneys for Plaintiff and the Debtor in the underlying Bankruptcy
10450 S. Western Ave.
Chicago, Illinois 60643
(312) 725-4132